UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff(s), ) | |
| ) | |
| v. ) | Case No. 4:19-cr-01038-SRC-1 |
| ) | |
| MIQUEAL HARWELL, ) | |
| ) | |
| Defendant(s). ) | |

### Order

This matter is before the Court on Defendant Miqueal Harwell's [38] Motion to Suppress Evidence and Statements. Pursuant to 28 U.S.C. § 636(b), the Court referred Harwell's motion to United States Magistrate Judge Noelle C. Collins. Judge Collins held an evidentiary hearing on February 10, 2021. Docs. 45–48, 52. On April 1, 2021, Judge Collins issued a Report and Recommendation, recommending that the Court deny Harwell's Motion to Suppress Evidence and Statements. Doc. 53. Harwell has not filed any objections to the Report and Recommendation, and the time to do so has passed. After careful consideration, and in light of Harwell's failure to file objections, the Court adopts and sustains the thorough reasoning set forth in Judge Collin's Report and Recommendation.

Accordingly, the Court sustains, adopts, and incorporates Judge Collin's [53] Report and Recommendation, and denies Defendant Miqueal Harwell's [38] Motion to Suppress Evidence and Statements.

So Ordered this 21st day of April 2021.

_____
**STEPHEN R. CLARK**
**UNITED STATES DISTRICT JUDGE**